1  Joel E. Elkins (SBN 256020)
   jelkins@weisslawllp.com
2  **WEISSLAW LLP**
   9100 Wilshire Blvd., #725 E.
3  Beverly Hills, CA 90210
   Telephone: 310/208-2800
4  Facsimile:  310/209-2348

5  *Attorneys for Plaintiff*

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | GARY BRUCKNER,                          ) Case No.  5:20-cv-07458
                                             )
12 |         Plaintiff,                      )
                                             )
13 |     vs.                                 ) **NOTICE OF VOLUNTARY**
                                             ) **DISMISSAL**
14 |                                         )
   | SUNWORKS, INC., CHARLES CARGILE,        )
15 | DANIEL GROSS, RHONE RESCH, JUDITH       )
   | HALL, and STANLEY SPEER,                )
16 |                                         )
   |         Defendants.                     )
17 |                                         )

   PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Gary Bruckner ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action") without prejudice. Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

| | |
|---|---|
| Dated: January 15, 2021 | **WEISSLAW LLP**<br>Joel E. Elkins<br><br>By: */s/ Joel E. Elkins*<br><br>Joel E. Elkins<br>9100 Wilshire Blvd., #725 E.<br>Beverly Hills, CA 90210<br>Telephone:  310/208-2800<br>Facsimile:   310/209-2348<br>　　　　　-and-<br>Richard A. Acocelli<br>1500 Broadway, 16th Floor<br>New York, NY  10036<br>Telephone: 212/682-3025<br>Facsimile:  212/682-3010<br><br>*Attorneys for Plaintiff* |